IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01524-REB-MJW

BROADCAST MUSIC, INC., a New York corporation,
SONGS OF UNIVERSAL, INC., a corporation,
WELSH WITCH MUSIC, a sole proprietorship,
SONY/ATV SONGS LLC d/b/a SONY/ATV MELODY, a limited liability company,
UNICHAPPELL MUSIC INC., a corporation,
JOHN FARRAR MUSIC, a sole proprietorship,
STONE DIAMOND MUSIC CORP., a corporation,
CORAL REEFER MUSIC, a sole proprietorship,
LINDSEYANNE MUSIC CO., INC., a corporation,
THE MUSIC FORCE, a sole proprietorship,
EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUTE MUSIC, a corporation,
ONLY HIT MUSIC, A DIVISION OF KEN SHEPHERD COMPANIES, INC., a corporation,
BRO 'N' SIS MUSIC, INC., a corporation,
ESTES PARK MUSIC, a sole proprietorship, and
CHOICE IS TRAGIC MUSIC, a sole proprietorship,
Plaintiffs,

v.

B & D, LLC d/b/a SPORTS STATION BAR & GRILL, a Colorado limited liability company,
DEBRA A. DOLPH, an individual, and
BRENT CAMPBELL, an individual,
Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion for Continuance of Scheduling Conference (Docket No. 30) is granted as follows. The Scheduling Conference set for tomorrow, August 27, 2014, at 10:00 a.m. is VACATED and RESET on September 5, 2014, at 10:00 a.m. The proposed Scheduling Order shall be filed on or before Tuesday, September 2, 2014, at 5:00 p.m.

It is further ORDERED that the Plaintiffs' Motion to Strike Defendant B&D, LLC's Answer and Entry of Judgment of Default Against Defendant B&D, LLC (Docket No. 17) is denied as moot. The Verified Answer filed by pro se defendant B&D LLC on July 15, 2014 (Docket No. 14) has been superceded by the Amended Answer filed through counsel yesterday (Docket No. 28).

Date: August 26, 2014