**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01524-REB-MJW

BROADCAST MUSIC, INC., a New York corporation,
SONGS OF UNIVERSAL, INC., a corporation,
WELSH WITCH MUSIC, a sole proprietorship,
SONY/ATV SONGS, LLC, d/b/a SONY/ATV MELODY, a limited liability company,
UNICHAPPELL MUSIC, INC., a corporation,
JOHN FARRAR MUSIC, a sole proprietorship,
STONE DIAMOND MUSIC CORP., a corporation,
CORAL REEFER MUSIC, a sole proprietorship,
LINDSEYANNE MUSIC CO., INC., a corporation,
THE MUSIC FORCE, a sole proprietorship,
EMI VIRGIN SONGS, INC., d/b/a EMI LONGITUDE MUSIC, a corporation,
ONLY HIT MUSIC, A DIVISION OF KEN SHEPHERD COMPANIES, INC., a corporation,
BRO 'N' SIS MUSIC, INC., a corporation,
ESTES PARK MUSIC, a sole proprietorship, and
CHOICE IS TRAGIC MUSIC, a sole proprietorship,

     Plaintiffs,
v.

B & D, LLC d/b/a SPORTS STATION BAR & GRILL, a Colorado limited liability company,
DEBRA A. DOLPH, an individual, and
BRENT CAMPBELL, an individual,

     Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Joint Motion To Dismiss Pursuant to Settlement Agreement** [#40][1] filed March 11, 2015. After careful review of the motion

---

[1] "[#40]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion To Dismiss Pursuant to Settlement Agreement** [#40] filed March 11, 2015, is granted;

2. That the combined Final Pretrial Conference and Trial Preparation Conference set May 15, 2015, are vacated;

3. That the jury trial set to commence June 8, 2015, is vacated; and

4. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

Dated March 12, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge